United States District Court
Southern District of Texas

**ENTERED**

June 27, 2019

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES RAY JOHNSON, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-19-1940 |
| | § | |
| ED GONZALEZ and | § | |
| JUDGE ABIGAIL ANASTASIO, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order signed on this date, Plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**.

Plaintiff shall **TAKE NOTHING** on his claims.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 26ᵀᴴ day of June, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE